[No. 13841–3–I. Division One. July 22, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ANDREW WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 82–8–04615–1, Donald D. Haley, J., entered August 25, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Webster, JJ.